Submitted June 5, reversed and remanded July 8, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAVID ALLAN DETGEN,
*Defendant-Appellant.*

Washington County Circuit Court
18CR18810; A170027

468 P3d 535

Ricardo J. Menchaca, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Meredith Allen, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Greg Rios, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Reversed and remanded.

## PER CURIAM

Defendant was convicted by nonunanimous jury verdicts on three counts of first-degree sexual abuse. ORS 163.427. Defendant argues that the trial court's acceptance of nonunanimous jury verdicts constitutes error under the Sixth Amendment to the United States Constitution. In *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020), the United States Supreme Court concluded that nonunanimous jury verdicts violated the Sixth Amendment.

The state concedes that the trial court's acceptance of nonunanimous verdicts in this case was reversible error, and we agree. Our disposition obviates the need to address defendant's remaining arguments.

Reversed and remanded.